**RETAIL INSTALMENT SALE CONTRACT**
**GMAC FLEXIBLE FINANCE PLAN**

DEAL# 6056    Dealer Number    Contract Number

**PLAINTIFF'S EXHIBIT 1**

| Buyer (and Co-Buyer) Name and address (include county and zip code) | Creditor (Seller name and address) |
|---|---|
| GLADYS GARDNER<br>6803 EASTRIDGE RD<br>BALTIMORE MD 21207-6410 | JERRYS CHEVROLET<br>1940 E JOPPA RD<br>MD |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay us, the Creditor, the Amount Financed and Finance Charge according to the payment schedule shown below. We will figure the Finance Charge on a daily basis.

| New or Used | Year | Make and Model | Vehicle Identification No. | Primary Use for Which Purchased |
|---|---|---|---|---|
| NEW | 2006 | CHEVROLET IMPALA SD. | 2G1WD58CX69434024 | ☒ personal, family, or household ☐ agricultural<br>☐ business ☐ |

Your trade-in is a: Year 2004  Make CHEVROLET  Model N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of $0.00 is |
|---|---|---|---|---|
| 0.00 % | $ 0.00 | $ 38355.75 | $ 38355.75 | $ 38355.75 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 71 | $ 532.71 | Monthly beginning 08/18/06 | |
| 1 FINAL PAYMENT | 533.34 | DUE ON 07/18/12 | |

**Late Charge.** If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $6.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Total cash price
   A. Cash price of vehicle, accessories, services, and taxes ... $ 28500.00
   B. ~~loading charge~~ (not required by law) ... $ 75.00
   C. Freight ... $ N/A
   Total cash price (A+B+C) ... $ 28575.00  (1)

2. Total downpayment (if negative, enter "0" and see line 4I below)
   Gross trade-in $ 6800.00  payoff by seller $ 14800.00
   = net trade-in $ 6800.00  + cash $ 500.00
   + other (describe) ... $ N/A
   ... $ 0.00  (2)

3. Unpaid balance of cash price (1 minus 2) ... $ 28575.00  (3)

4. Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts):
   A. Cost of optional credit insurance paid to the insurance company or companies
      Life ... $ N/A
      Disability ... $ N/A
   B. Other insurance paid to the insurance company ... $ N/A
   C. Official fees paid to government agencies ... $ N/A
   D. Government taxes not included in cash price ... $ 1428.75
   E. Government license and/or registration fees ... $ 30.00
   F. Government certificate of title fees (includes $ 20.00 security interest recording fee) ... $ 43.00
   G. Optional debt cancellation agreement ... $ N/A
   H. Other charges (Seller must identify who is paid and describe purpose.)
      to STONE BAY for GAP ... $ 425.00
      to GMPP for EXT WARRANTY ... $ 1550.00
      to STATE OF MD for TIRE TAX ... $ 4.00
      to GMAC for ... $ N/A
      to ___ for ... $ N/A
      to ___ for ... $ N/A
   I. Net trade-in payoff to GMAC ... $ 6300.00
   Total other charges and amounts paid to others on your behalf ... $ 9780.75  (4)

5. Amount financed (3 + 4) ... $ 38355.75  (5)

---

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance.**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A

_____ N/A _____
(Insurance Company)

_____ N/A _____
(Home Office Address)

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Insurance.**

☐ _____ N/A _____    _____ N/A _____
   Type of Insurance    Term
Premium $ _____ N/A _____
_____ N/A _____
(Insurance Company)
_____ N/A _____
(Home Office Address)

I want the insurance checked above.

X _____
Buyer Signature    Date

X _____
Co-Buyer Signature    Date

ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

---

**Optional Debt Cancellation Agreement:** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign and agree to pay the extra charge. If you choose to buy a debt cancellation agreement, it is part of this contract and the charge is shown in Line 4G of the Itemization of Amount Financed.     STONE BAY     N/A    
(Name of debt cancellation agreement)     Term (mos.)

I want this debt cancellation agreement.
X Gladys Gardner     X _____
Buyer Signature     Date     Co-Buyer Signature     Date

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs _Gladys Gardner_     Co-Buyer Signs _____

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** The Finance Charge is figured on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We will apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid part of the Amount Financed.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

### 2. YOUR OTHER PROMISES TO US

a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.** You give us a security interest in:
  1. The vehicle and all parts or goods installed in it;
  2. All money or goods received (proceeds) for the vehicle;
  3. All insurance, maintenance, service, or other contracts we finance for you; and
  4. All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may if we decide, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. YOU MAY PREPAY

any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 4. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

You may owe late charges. If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $5. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate this contract. Default means:
  1. You do not pay any payment on time;
  2. You start a proceeding in bankruptcy or one is started against you or your property; or
  3. You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs, as the law allows.

d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. We may repossess the vehicle with or without resort to judicial process. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. How you can get the vehicle back if we take it. If we repossess the vehicle, in many instances, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

f. We will sell the vehicle if you do not get it back. If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at the highest lawful rate until you pay.

g. What we may do about optional Insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe...

### 5. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does not apply at all if you bought the vehicle primarily for personal, family, or household use.

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

### 6. Used Car Buyers Guide.

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:**
Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### 7. APPLICABLE LAW

Federal law and Maryland law apply to this contract. This contract shall be subject to the Credit Grantor Closed End Provisions (Subtitle 10) of Title 12 of the Commercial Article of the Maryland Code.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH