**REVISED**

P.O. Box 380903  
Bloomington, MN 55438-0903

**GMAC**  
(877) 845-8862

December 8, 2009

GLADYS GARDNER  
6803 EASTRIDGE RD  
BALTIMORE, MD 21207



**PLAINTIFF'S EXHIBIT 2**



## NOTICE OF OUR PLAN TO SELL PROPERTY

Subject: Account Number 020-9097-58677

We have your vehicle (a 2006 CHEV IMPALA with VIN 2G1WD58CX69434024), because you broke promises in our agreement.

We will sell your vehicle at public sale. A sale could include a lease. The sale will be held as follows:

    Date: January 5, 2010  
    Time: 10:00 a.m.  
    Place: Manheim Baltimore-Washington, 7120 Dorsey Run Rd., Elkridge, MD 21075

You may attend the sale and bring bidders if you want.

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get your vehicle back any time before we sell it by paying all past due payments, late charges, and the expenses the law permits. See Additional information below.

You can also get the property back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including the expenses the law permits. To learn the exact amount you must pay, call us at the telephone number at the top of this letter.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the telephone number at the top of this letter or write us at the address at the top of this letter and request a written explanation.

If you need more information about the sale, call us at the telephone number at the top of this letter, or write us at the address at the top of this letter.

We are sending this notice to the following other people who have an interest in your vehicle or who owe money under your agreement:

None

102987-000013

**Additional information:**

As of the date of this letter, you can get your vehicle back any time before we sell it by paying the total amount indicated below. Then you must start making your payments again.



| | | |
|---|---|---|
| Past due payments (4 of $532.71) | | $ 2,130.84 |
| Late charges | | + 319.62 |
| Expenses | | |
|    Actual cost of towing/taking the vehicle | $ 0.00 | |
|    Storage costs | $ 0.00 | |
|    Other | $ 0.00 | |
|    Total expenses | | + 0.00 |
|    TOTAL | | $ 2,450.46 |

Also, to help us ensure our records are accurate, please provide proof of the physical damage insurance your contract requires. If you do not have this insurance, we may purchase it at your expense.

The longer you wait, the more you may have to pay to get your vehicle back. You are not required to pay any of the expenses of taking or storing the vehicle. Any attempt to charge you for such expenses is illegal. Only reasonable expenses may be charged. They must be the direct result of selling the vehicle. We may also charge you the costs of getting it ready for sale and reasonable attorney fees, as the law permits.

To get your vehicle back, send your payment in certified funds to GMAC at the address at the top of this letter by mail, overnight delivery service, Western Union, or MoneyGram. Send any notices regarding this matter to the same address.

Your vehicle is at Manheim Baltimore-Washington, 7120 Dorsey Run Rd., Elkridge, MD, 21075. It will be there at least until December 26, 2009. After that, we may move it in preparation for sale.

We must send you any extra money owed to you from the sale of your vehicle within a reasonable time. If you do not get the money, you may have the right to sue for it plus any penalties fixed by law.

If you do not do what is required to get your vehicle back, we will cancel any physical damage insurance or service contract that is part of your contract. Make sure any other coverage you no longer want is canceled. Call the insurance company or the dealer to do this. You have a right to credit for any refunds.

Contact us at the telephone number at the top of this letter for more information about getting your vehicle back.

                              Signed,

                              GMAC