# Manheim's Balt/Wash Public Sale Regulations

1. Each and every public bidder registrant is required to fully complete this form, and place a 1,000 refundable <u>CASH ONLY</u> deposit along with a valid U.S. driver's license. Registration takes place on Tuesday's 8:00 am. Deposits will be refunded Thursday's with an Auction check if no purchase was made.

2. Registrants will pay with acceptable methods of payments, which are: Cash and/or Cashier's Check ONLY. Cashier's checks must be payable to: <u>Manheim Baltimore Washington.</u> Second or third party endorsements are not permitted. Checks drawn off of a Credit Union are NOT acceptable.

3. <u>All vehicles must be paid in full by 3pm on the day of purchase. In the event of default, registrant will *forfeit* the $1000 deposit as well as pay all costs of collection, including reasonable attorney fees.</u>

4. The AUCTION acts solely as an agent to the Seller and, in this respect, registrant agrees not to hold AUCTION liable as a party to any contract of sale or as a transferor of any vehicle.

5. The AUCTION does not inspect vehicles delivered to it for sale; rather the seller is responsible for any representation of description, condition or mileage and for disclosure statements relating to the respective vehicle. The AUCTION does not distribute temporary tags.

6. All vehicles are sold <u>"AS IS, WHERE IS"</u> without warranty or guaranty, either expressed or implied, as to their merchantability or fitness, their condition, or the condition of any part thereof, including their suitability for purpose, quality, year or manufacturer, size or model.

7. <u>Not all vehicles are available to the public.</u> Please ask if the vehicle of interest is available for bids by the public before bidding.

8. The ACTION sale is conducted by AUCTION rules, which are posed and incorporated herein.

9. Registrant can inspect any vehicle prior to purchase and will accept it in its present condition.
Registrant may start vehicles, but cannot move them from their parked position.

10. Registrant acknowledges refundable deposit of $1000 by AUCTION check on Thursday's.

**Registration 8am - 10am**
**Sale: Tuesdays 9am**

ATTENTION ALL PUBLIC BUYERS

THE FOLLOWING VEHICLES WILL BE AVAILABLE FOR YOU TO PURCHASE AND MUST DISPLAY THE FOLLOWING VEHICLE CODES:

REPO,
RCR, AND
RTR

WHICH WILL BE DISPLAYED ON THE FRONT OF THE WINDSHIELD OR IN THE SALE DAY CATALOG LISTED UNDER ANNOUNCEMENTS.

Registration 8am - 10pm
Sale: Tuesdays 9 a.m.