P.O. Box 380901
Bloomington, MN 55438-0901



**(800) 241-0172**

January 11, 2010

GLADYS GARDNER
6803 EASTRIDGE RD
BALTIMORE, MD 21207





## How We Calculated Your Surplus or Deficiency

Subject:  Account Number 020-9097-58677

Your 2006 CHEV IMPALA, VIN 2G1WD58CX69434024, was sold on January 5, 2010.  As of the date of this letter, the amount you still owe us under the terms of your contract is $12,195.81. This amount was calculated as follows:

| | | | |
|---|---|---:|---:|
| Unpaid balance before subtracting money from sale | | | $ 19,497.81 |
| This amount was calculated as of November 11, 2009 | | | |
| Money from sale | | | - 7,700.00 |
| Unpaid balance minus money from sale | | | $ 11,797.81 |
| Known expenses of taking, holding, preparing for sale, | | | |
| processing, and selling vehicle, attorney fees, and other | | | |
| legal expenses: | | | |
| Repossessing & transporting | $ | 225.00 | |
| Storage & reconditioning | | 76.50 | |
| Selling costs (less $10 deposit) | | 95.50 | |
| Title & registration fees | | 36.39 | |
| Attorney fees and legal expenses the law permits | | 0.00 | |
| Total expenses | | | + 433.39 |
| Known credits: | | | |
| Rebate of unearned insurance premiums | $ | 35.39 | |
| Extended service contract refunds | | 0.00 | |
| Insurance and service contract claims | | 0.00 | |
| Total credits | | | - 35.39 |
| Deficiency/(surplus) | | | $ 12,195.81 |

The amount of any deficiency/surplus shown above may change because of future additional credits, rebates, or charges.  Any deficiency shown above may also change because of additional interest accruing after the date of this letter.

**Additional information:**

We applied the money we got from the sale of your vehicle in the following order:

| | | |
|---|---|---:|
| Selling costs, including costs of preparing the vehicle | | |
| for sale, if any | $ | 131.89 |
| Repossession and storage costs | + | 301.50 |
| Unpaid balance as of November 11, 2009 | + | 7,266.61 |
| Money from sale | $ | 7,700.00 |

#115520-00216

For more information about this transaction or to make payment arrangements, you may call us at the telephone number at the top of this letter or write us at the address at the top of this letter.

Signed,

GMAC

