Case 1:10-cv-01094-JFM   Document 121   Filed 12/31/13   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RANDOLPH SCOTT | * |
| v. | * Civil No. – JFM-09-3110 |
| NUVELL FINANCIAL SERVICES, ET AL. | * |
| GLADYS GARDNER | * |
| v. | * Civil No. – JFM-10-1094 |
| GMAC, INC. | * |

******

### ORDER

For the reasons stated in the accompanying Memorandum, it is, this 31st day of December 2013

ORDERED

1. Plaintiff's motion to certify question to the Maryland Court of Appeals (document 102) is denied;

2. Plaintiff's motion to order notice to the putative class and for a stay pursuant to Rule 23(d)(1)(B)(iii) and 23(d)(E) (document 145) is denied;

3. Defendant's motions for summary judgment (documents 97 and 126) are granted; and

4. Judgment is entered in favor of defendants against plaintiffs.

_____/s/_____
J. Frederick Motz
United States District Judge